**Electronically Filed
Supreme Court
SCWC-23-0000725
25-NOV-2024
09:25 AM
Dkt. 28 ODAC**

SCWC-23-0000725

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ESTATE OF VIVIAN T. LORD, by her Personal Representative
WILLIAM H. GILLIAM, and WILLIAM H. GILLIAM, individually,
Petitioners/Plaintiffs-Appellants,

vs.

LESLIE KOBATA, REGISTRAR, in his Official Capacity only;
PORTER McGUIRE KIAKONA & CHOW, LLP; PORTER McGUIRE KIAKONA, LLP;
FOREST B. JENKINS; CHANG NISHIMOTO SIA NAKAMURA GOYA;
JEFFREY H.K. SIA; DOROTHY P.H. MEISNER; SHANA MAGUIRE;
HAWAII FIRST, INC. AND ASSOCIA, INC., dba ASSOCIA HAWAII;
ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000725; 1CCV-22-0000508)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Wong, in place of Ginoza, J., recused)

Petitioners' application for writ of certiorari, filed
on October 21, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, November 25, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Paul B.K. Wong

